UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VBConversions LLC, *a California limited liability company*,<br><br>                              Plaintiff,<br><br>     v.<br><br>Gulf Coast Ventures, Inc., *a Texas corporation doing business as UJ Trading and UJToys.com*; Bekir Alir, *an individual*; Emre Karakus, *an individual*; and Ibrahim Yuce, *an individual*;<br><br>                              Defendant. | Case No. CV 12-8265 JGB (AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiff VBConversions LLC's Motion for Default Judgment is GRANTED.  Judgment is hereby ENTERED in favor of Plaintiff VBConversions LLC ("Plaintiff") against Defendant Gulf Coast Ventures, Inc. ("GCV") on the following claims: vicarious copyright infringement; contributory copyright infringement; and unlawful circumvention of a technical measure in violation of the Digital Millennium Copyright Act.

The Court awards Plaintiff a monetary judgment in the sum of $147,216, constituting:

- Statutory damages provided by the Copyright Act, 17 U.S.C. §504, for willful contributory and vicarious copyright infringement of Plaintiff's VB.net to C# Converter, totaling $100,000. Of the $100,000, GCV is jointly and severally liable with Defendants Emre Karakus and Bekir Alir for $50,000, and GCV is solely liable for the remaining $50,000;
- Statutory damages pursuant to 17 U.S.C. §1203 of the DMCA in the amount of $1,200 for each of the thirty-four unlawful acts of circumvention, totaling $40,800. Of the $40,800, GCV is jointly and severally liable with Defendant Emre Karakus for $6,400, and is jointly and severally liable with Defendant Bekir Alir for $400. GCV is solely liable for the remaining $34,000; and
- Attorney's fees totaling $6,416.

Dated: August 10, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge